FILED
US DISTRICT COURT
WESTERN DISTRICT
OF ARKANSAS
Jun 16, 2020
OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

**JEFFREY TAUTH, M.D.**                                                                **PLAINTIFF**

VS.                        CASE NO. 20-6063

**NATIONAL PARK CARDIOLOGY SERVICES, LLC
D/B/A HOT SPRINGS CARDIOLOGY ASSOCIATES;
HOT SPRINGS NATIONAL PARK HOSPITAL
HOLDINGS, LLC D/B/A NATIONAL PARK MEDICAL
CENTER; & LIFEPOINT HEALTH, INC. D/B/A
LIFE POINT HEALTH**                                            **DEFENDANTS**

## NOTICE OF REMOVAL

The defendants, National Park Cardiology Services, LLC, Hot Springs National Park Hospital Holdings, LLC, and LifePoint Health, Inc., remove this action from the Garland County Circuit Court to the United States District Court for the Western District of Arkansas pursuant to 28 U.S.C. §§ 1441 and 1446 based on federal question jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1441(a) & (c). The defendants state as follows in support of the removal:

1. On June 12, 2020, Jeffrey Tauth ("Tauth") filed his *Petition for Temporary Restraining Order (To Be Filed Under Seal)* in the Circuit Court of Garland County, Arkansas as Case No. 26CV-20-729. Copies of all process, pleadings, order, and other papers filed in the Garland County action are attached hereto as Exhibit A as required by 28 U.S.C. § 1446(a). Because the Garland County petition and the exhibits thereto were filed under seal,[1] the defendants submit redacted copies of the filings and will promptly seek leave of the Court to file unredacted copies

---

[1] In ¶ 16 of his petition, Tauth alleges that a particular statute allows him to file the petition under seal. After reviewing the statute, the defendants find no such authority in the statute. However, in effecting the removal, the defendants are providing only redacted copies of the pleadings, order and process filed in the circuit court.

1

of the filings under seal in accordance with Fed. R. Civ. P. 5.2 and pages 14-17 of the Administrative Policies for the Western District of Arkansas.

2. The defendants have not been served with the summons and petition for temporary restraining order as of this removal.

3. Tauth's petition notes that certain of the defendants have initiated an arbitration claim with the American Health Lawyers Association pursuant to the terms of an employment contract to which Tauth is a party. (Petition, ¶ 3) He seeks injunctive relief related to his concern that a report "may" be made. (Id., ¶¶ 6-8) See also Affidavit of Jeffrey Tauth, M.D. Attached to Tauth's petition as Exhibit C is a letter dated May 27, 2020 from his attorney, Janet L. Pulliam, in which she opines that the report in question is not required pursuant to a federal statute and related federal regulations.

4. The defendants deny that Tauth is entitled to the relief he seeks and will file a responsive pleading within the time requirements of Fed. R. Civ. P. 81.

5. The core issue regarding Tauth's concern about the potential report that is the subject of his petition is a question of federal law as evidenced by Exhibit C to his petition. In the petition, Tauth states that he is likely to succeed on the merits of his claim based on the arguments set forth in Exhibit C. For example, Tauth's petition notes that he intends to make arguments in the arbitration regarding a particular state statute but that statute itself refers to compliance with 42 U.S.C. §§ 11101, et seq. Thus, this Court has federal question jurisdiction pursuant to 28 U.S.C. § 1331.

6. The defendants' removal of the action to this Court is timely pursuant to 28 U.S.C. § 1446(b). It is filed within thirty days after Tauth's petition was filed with the Garland County Circuit Court.

7. Pursuant to 28 U.S.C. §§ 1391(b)(2) and 1441(a), venue is proper in the United States District Court for the Western District of Arkansas.

8. The defendants will promptly file a notice of this notice of removal in the Garland County action pursuant to 28 U.S.C. § 1446(d).

9. The defendants reserve all arguments supporting its denial of liability, damages, and any and all other relief to Tauth, and no waiver of fact, law, or liability, including any and all defenses is intended.

WHEREFORE, the defendants, National Park Cardiology Services, LLC, Hot Springs National Park Hospital Holdings, LLC, and LifePoint Health, Inc., hereby remove this action to the United States Court for the Western District of Arkansas.

Respectfully submitted,

_____
WILLIAM A. WADDELL, JR.
ARK BAR ID NO. 84154
FRIDAY, ELDREDGE & CLARK, LLP
400 West Capitol Avenue, Suite 2000
Little Rock, Arkansas 72201
(501) 370-1510
(501) 224-5342 (fax)
waddell@fridayfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 16, 2020, I served the foregoing on the following attorneys of record by United States Mail, postage prepaid:

Janet L. Pulliam
Pulliam Law Offices, P.A.
301 Main Street, Suite 202
North Little Rock, AR 72114
janet@janetlpulliamlawoffices.com

Tim Cullen
Cullen & Co., PLLC
P. O. Box 3255
Little Rock, AR 72203
tim@cullenandcompany.com

_____
WILLIAM A. WADDELL, JR.