# EXHIBIT A

TO NOTICE OF REMOVAL

REDACTED PLEADINGS, PROCESS & ORDER

OF GARLAND COUNTY CIRCUIT COURT ACTION

IN

*Jeffrey Tauth, M.D. v. National Park Cardiology Services, et al.*

Garland County Circuit Court No. 26CV-20-729

## Report Selection Criteria

**Case ID:**          26CV-20-729
**Citation No:**
**Docket Start Date:**
**Docket Ending Date:**

## Case Description

**Case ID:**    26CV-20-729 - JEFFREY TAUTH MD V NAT PARK CARDIOLOGY SVCS
ETAL -*NON-TRIAL*
**Filing Date:**    Friday , June 12th, 2020
**Court:**    26 - GARLAND
**Location:**    CI - CIRCUIT
**Type:**    IJ - INJUNCTION
**Status:**    OPEN - CASE OPEN
**Images:**

## Case Event Schedule

*No case events were found.*

## Case Parties

| Seq # | Assoc | End Date | Type | ID | Name |
|---|---|---|---|---|---|
| 1 | | | JUDGE | 7965450 | **18TH EAST CIRCUIT DIVISION I** |
| | | | | Aliases: | WRIGHT |
| | | | | | |
| 2 | | | PLAINTIFF | 16912826 | **TAUTH, JEFFREY** |
| | | | | Aliases: | *none* |
| | | | | | |
| 6 | | | DEFENDANT | 16912829 | **NATIONAL PARK CARDIOLOGY SERVICES** |
| | | | | Aliases: | *none* |

| 4 | | | DEFENDANT | 16912827 | **HOT SPRINGS NATIONAL PARK HOSPITAL HOLDINGS LLC** |
|---|---|---|---|---|---|
| | | | | **Aliases:** | *none* |
| | | | | | |
| 5 | | | DEFENDANT | 16912828 | **LIFEPOINT HEALTH INC.** |
| | | | | **Aliases:** | *none* |
| | | | | | |
| 3 | | | PLAINTIFF/PETITIONER ATTORNEY | 1006443 | **CULLEN, TIMOTHY JAMES** |
| | | | | **Aliases:** | CULLEN, TIMOTHY J. CULLEN, TIM |
| | | | | | |

## Violations

## Sentence

No Sentence Info Found.

## Milestone Tracks

*No Milestone Tracks found.*

## Docket Entries

| Filing Date | Description | Name | Monetary |
|---|---|---|---|
| 06/12/2020 02:58 PM | EXHIBITS | CULLEN, TIMOTHY JAMES | |
| **Entry:** | *none.* | | |

| Images | No Images | | |
|--------|-----------|--|--|
| | | | |
| 06/12/2020 02:58 PM | EXHIBITS | CULLEN, TIMOTHY JAMES | |
| **Entry:** | *none.* | | |
| **Images** | No Images | | |
| | | | |
| 06/12/2020 02:58 PM | EXHIBITS | CULLEN, TIMOTHY JAMES | |
| **Entry:** | *none.* | | |
| **Images** | No Images | | |
| | | | |
| 06/12/2020 02:58 PM | AFFIDAVIT FILED | CULLEN, TIMOTHY JAMES | |
| **Entry:** | *none.* | | |
| **Images** | No Images | | |
| | | | |
| 06/12/2020 02:58 PM | COMPLAINT/PETITION FILED $ | CULLEN, TIMOTHY JAMES | |
| **Entry:** | *none.* | | |
| **Images** | No Images | | |
| | | | |
| 06/12/2020 02:58 PM | AOC COVERSHEET CIVIL | CULLEN, TIMOTHY JAMES | |
| **Entry:** | *none.* | | |
| **Images** | No Images | | |
| | | | |
| 06/12/2020 02:58 PM | MOF ORIGINAL | CULLEN, TIMOTHY JAMES | |
| **Entry:** | *none.* | | |
| **Images** | No Images | | |
| | | | |
| 06/12/2020 03:48 PM | PAYMENT RECEIVED | | |

| Entry: | A Payment of $165.00 was made on receipt 26CI11440. | | |
|---|---|---|---|
| Images | No Images | | |
| | | | |
| 06/12/2020 05:31 PM | ORDER RESTRAINING WITH HEARING | 18TH EAST CIRCUIT DIVISION I, | |
| Entry: | *none.* | | |
| Images | No Images | | |
| | | | |
| 06/15/2020 03:28 PM | LETTER FROM COURT | | |
| Entry: | RECUSAL LETTER | | |
| Images | WEB | | |
| | | | |
| 06/15/2020 04:14 PM | LETTER TO COURT | | |
| Entry: | HEARNSBERGER WILL NOT TAKE | | |
| Images | WEB | | |
| | | | |
| 06/16/2020 09:33 AM | LETTER | | |
| Entry: | RECUSAL RESPONSE - DIV II "WILL NOT TAKE" | | |
| Images | WEB | | |
| | | | |

▶ Search Home        ▶ New Search        ▶ Report Selection        ▶ Case Description        ▶ Event Schedule
        ▶ Case Parties        ▶ Violations        ▶ Milestone Tracking        ▶ Docket Entries

© 2017 Conduent Business Services, LLC. All rights reserved. Conduent and Conduent Agile Star are trademarks of Conduent Business Services, LLC in the United States and/or other countries.

This material contains trade secrets and other confidential information and is subject to a confidentiality agreement. The unauthorized use, reproduction, distribution, display, or disclosure of this material or the information contained herein is prohibited.User Accepts/Agrees to Disclaimer. Not for official use. Branding # BR1041

ELECTRONICALLY FILED
Garland County Circuit Court
Jeannie Pike, Garland Co. Circuit Court Clerk
2020-Jun-12  14:58:21
26CV-20-729
C18ED01 : 5 Pages

## IN THE CIRCUIT COURT of GARLAND COUNTY, ARKANSAS
## CIVIL DIVISION

**JEFFREY TAUTH, M.D.**                                   **PLAINTIFF**

**v.**                     **Case No. _____**

**(A) NATIONAL PARK CARDIOLOGY SERVICES, LLC**
**d/b/a Hot Springs Cardiology Associates;**
**(B) HOT SPRINGS NATIONAL PARK HOSPITAL HOLDINGS, LLC**
**d/b/a National Park Medical Center; and**
**(C) LIFEPOINT HEALTH, INC. d/b/a LifePoint Health**
                                                    **DEFENDANTS**

## PETITION FOR TEMPORARY RESTRAINING ORDER
## (TO BE FILED UNDER SEAL)

# REDACTED

REDACTED

REDACTED

REDACTED

5

ELECTRONICALLY FILED
Garland County Circuit Court
Jeannie Pike, Garland Co. Circuit Court Clerk
2020-Jun-12  14:58:21
26CV-20-729
C18ED01 : 10 Pages



Lynda M. Johnson │ Attorney
Direct: (501) 370-1553
Fax: (501) 244-5321
E-mail: ljohnson@fridayfirm.com

400 West Capitol Avenue
Suite 2000
Little Rock, Arkansas 72201-3522
www.FridayFirm.com

# REDACTED

REDACTED

REDACTED

2

REDACTED

3

# REDACTED

FEC\7718031.v1-6/11/20

REDACTED

FEC\7718031.v1-6/11/20

REDACTED

FEC\7718031.v1-6/11/20

# REDACTED

FEC\7718031.v1-6/11/20

REDACTED

FEC\7718031.v1-6/11/20

9

ELECTRONICALLY FILED
Garland County Circuit Court
Jeannie Pike, Garland Co. Circuit Court Clerk
2020-Jun-12 14:58:21
26CV-20-729
C18ED01 : 20 Pages

# REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED



ELECTRONICALLY FILED
Garland County Circuit Court
Jeannie Pike, Garland Co. Circuit Court Clerk
2020-Jun-12  14:58:21
26CV-20-729
C18ED01 : 3 Pages

Pulliam Law Offices, P.A.  •  PO Box 7785  •  Little Rock, AR 72217  •  office 501.664.7405  •  cell 501.240.8494  •  janetlpulliam@sbcglobal.net  •  www.pulliamadr.com

May 27, 2020

# REDACTED

REDACTED

REDACTED


REDACTED

ELECTRONICALLY FILED
Garland County Circuit Court
Jeannie Pike, Garland Co. Circuit Court Clerk
2020-Jun-12  14:58:21
26CV-20-729
C18ED01 : 3 Pages

## AFFIDAVIT OF JEFFREY TAUTH, M.D.

# REDACTED

1

REDACTED

2

REDACTED

**IN THE CIRCUIT COURT of GARLAND COUNTY, ARKANSAS**
**CIVIL DIVISION**

**JEFFREY TAUTH, M.D.**                                              **PLAINTIFF**

**v.**                                    **Case No. _____**

**(A) NATIONAL PARK CARDIOLOGY SERVICES, LLC**
**d/b/a Hot Springs Cardiology Associates;**
**(B) HOT SPRINGS NATIONAL PARK HOSPITAL HOLDINGS, LLC**
**d/b/a National Park Medical Center; and**
**(C) LIFEPOINT HEALTH, INC. d/b/a LifePoint Health**

                                                       **DEFENDANTS**

**<u>TEMPORARY RESTRAINING ORDER</u>**

# REDACTED

1

REDACTED

REDACTED

ELECTRONICALLY FILED
Garland County Circuit Court
Jeannie Pike, Garland Co. Circuit Court Clerk
2020-Jun-12 17:31:15
26CV-20-729
C18ED01 : 3 Pages

IN THE CIRCUIT COURT of GARLAND COUNTY, ARKANSAS
CIVIL DIVISION

JEFFREY TAUTH, M.D.                                          PLAINTIFF

v.                              Case No. _____

(A) NATIONAL PARK CARDIOLOGY SERVICES, LLC
d/b/a Hot Springs Cardiology Associates;
(B) HOT SPRINGS NATIONAL PARK HOSPITAL HOLDINGS, LLC
d/b/a National Park Medical Center; and
(C) LIFEPOINT HEALTH, INC. d/b/a LifePoint Health
                                        DEFENDANTS

<u>TEMPORARY RESTRAINING ORDER</u>

# REDACTED

REDACTED

2

REDACTED

3



ELECTRONICALLY FILED
Garland County Circuit Court
Jeannie Pike, Garland Co. Circuit Court Clerk
2020-Jun-15 15:28:47
26CV-20-729
C18ED01 : 1 Page

**JOHN HOMER WRIGHT**
CIRCUIT JUDGE - DIVISION ONE
**18TH JUDICIAL CIRCUIT - EAST**
501 OUACHITA AVENUE, SUITE 301
HOT SPRINGS, ARKANSAS 71901
Phone (501) 321-1333 • Fax (501) 623-5149
E-mail: jwright@garlandcounty.org

SHERRI DANIELS, CCM
TRIAL COURT ADMINISTRATOR
sdanielstcal@gmail.com

SHARI L. HAMILTON, CCR
COURT REPORTER

June 15, 2020

Hon. Wade Naramore
Circuit Court Judge - Div II
Via E-mail

Hon. Lynn Williams
Circuit Court Judge - Div III
Via E-mail

Hon. Marcia Hearnsberger
Circuit Court Judge - Div IV
Hand Delivery

Re: Jeffrey Tauth, M.D. vs (A) National Park Cardiology Services, LLC d/b/a Hot Springs Cardiology Associates; (B) Hot Springs National Park Hospital Holdings, LLC d/b/a National Park Medical Center; and (C) LifePoint Health, Inc. d/b/a LifePoint Health
Garland County Circuit Court Case No.: 26CV-20-729-I

Dear Judges:

I am recusing in the above styled cause as I am a patient of that clinic. By copy of this letter I would ask if any one of you will hear this case under the exchange agreement. Should you be unable to do so, a request will be made to have a judge appointed by the Administrative Office of the Courts.

Sincerely,

John Homer Wright
Circuit Judge

Hon. Wade Naramore          _____ will take          _____ will not take
Hon. Lynn Williams          _____ will take          _____ will not take
Hon. Marcia Hearnsberger    _____ will take          _____ will not take

cc: Tim Cullen - via E-mail

ELECTRONICALLY FILED
Garland County Circuit Court
Jeannie Pike, Garland Co. Circuit Court Clerk
2020-Jun-15  16:14:38
26CV-20-729
C18ED01 : 1 Page



**JOHN HOMER WRIGHT**
CIRCUIT JUDGE - DIVISION ONE
**18TH JUDICIAL CIRCUIT - EAST**
501 OUACHITA AVENUE, SUITE 301
HOT SPRINGS, ARKANSAS 71901
Phone (501) 321-1333 • Fax (501) 623-5149
E-mail: jwright@garlandcounty.org

June 15, 2020

SHERRI DANIELS, CCM
TRIAL COURT ADMINISTRATOR
sdanielstca1@gmail.com

SHARI L. HAMILTON, CCR
COURT REPORTER

Hon. Wade Naramore
Circuit Court Judge - Div II
Via E-mail

Hon. Lynn Williams
Circuit Court Judge - Div III
Via E-mail

Hon. Marcia Hearnsberger
Circuit Court Judge - Div IV
Hand Delivery

> Re: Jeffrey Tauth, M.D. vs (A) National Park Cardiology Services, LLC d/b/a
> Hot Springs Cardiology Associates; (B) Hot Springs National Park Hospital
> Holdings, LLC d/b/a National Park Medical Center; and (C) LifePoint
> Health, Inc. d/b/a LifePoint Health
> Garland County Circuit Court Case No.: 26CV-20-729-I

Dear Judges:

I am recusing in the above styled cause as I am a patient of that clinic. By
copy of this letter I would ask if any one of you will hear this case under the
exchange agreement. Should you be unable to do so, a request will be made to
have a judge appointed by the Administrative Office of the Courts.

Sincerely,

John Homer Wright
Circuit Judge

| | | |
|---|---|---|
| Hon. Wade Naramore | _____ will take | _____ will not take |
| Hon. Lynn Williams | _____ will take | _____ will not take |
| Hon. Marcia Hearnsberger | _____ will take | __X__ will not take |

cc: Tim Cullen - via E-mail

ELECTRONICALLY FILED
Garland County Circuit Court
Jeannie Pike, Garland Co. Circuit Court Clerk
2020-Jun-16  09:33:53
26CV-20-729
C18ED01 : 1 Page



**JOHN HOMER WRIGHT**
CIRCUIT JUDGE - DIVISION ONE
18TH JUDICIAL CIRCUIT - EAST
501 OUACHITA AVENUE, SUITE 301
HOT SPRINGS, ARKANSAS 71901
Phone (501) 321-1333 • Fax (501) 623-5149
E-mail: jwright@garlandcounty.org

SHERRI DANIELS, CCM
TRIAL COURT ADMINISTRATOR
sdanielstca1@gmail.com

SHARI L. HAMILTON, CCR
COURT REPORTER

June 15, 2020

Hon. Wade Naramore
Circuit Court Judge - Div II
Via E-mail

Hon. Lynn Williams
Circuit Court Judge - Div III
Via E-mail

Hon. Marcia Hearnsberger
Circuit Court Judge - Div IV
Hand Delivery

Re: Jeffrey Tauth, M.D. vs (A) National Park Cardiology Services, LLC d/b/a Hot Springs Cardiology Associates; (B) Hot Springs National Park Hospital Holdings, LLC d/b/a National Park Medical Center; and (C) LifePoint Health, Inc. d/b/a LifePoint Health
Garland County Circuit Court Case No.: 26CV-20-729-I

Dear Judges:

I am recusing in the above styled cause as I am a patient of that clinic. By copy of this letter I would ask if any one of you will hear this case under the exchange agreement. Should you be unable to do so, a request will be made to have a judge appointed by the Administrative Office of the Courts.

Sincerely,

John Homer Wright
Circuit Judge

Hon. Wade Naramore        _____ will take        __X__ will not take
Hon. Lynn Williams        _____ will take        _____ will not take
Hon. Marcia Hearnsberger  _____ will take        _____ will not take

cc: Tim Cullen - via E-mail