# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF ARKANSAS
# HOT SPRINGS DIVISION

**JEFFREY TAUTH, M.D.**                                                               **PLAINTIFF**

**VS.**                     **CASE NO. 6:20-cv-06063-SOH**

**NATIONAL PARK CARDIOLOGY SERVICES, LLC**
**D/B/A HOT SPRINGS CARDIOLOGY ASSOCIATES;**
**HOT SPRINGS NATIONAL PARK HOSPITAL**
**HOLDINGS, LLC D/B/A NATIONAL PARK MEDICAL**
**CENTER; & LIFEPOINT HEALTH, INC. D/B/A**
**LIFE POINT HEALTH**                                          **DEFENDANTS**

## JOINT MOTION AND STIPULATION OF DISMISSAL WITH PREJUDICE

Defendants National Park Cardiology Services, LLC, Hot Springs National Park Hospital Holdings, LLC, and LifePoint Health, Inc., and Plaintiff Jeffrey Tauth, M.D., file this Joint Motion and Stipulation of Dismissal with Prejudice. As grounds for this Joint Motion, the Parties state as follows:

1. On June 12, 2020, Plaintiff filed a Petition in the Garland County Circuit Court ("State Court"). On that same date, the State Court entered a Temporary Restraining Order ("State Court TRO").

2. On June 15, 2020, Defendants removed the Petition to this Court.

3. On June 22, 2020, Defendants filed an unopposed motion of time to extend the time to respond to Plaintiff's Petition.

4. On June 26, 2020, the State Court TRO expired on its own terms and is no longer in effect.

5. The Parties have resolved the issue with respect to which Plaintiff sought the State Court TRO. As the Petition contained no other request for relief, the Parties stipulate and agree that this action should be dismissed with prejudice.

Respectfully submitted,

***/s/ William A. Waddell, Jr.***
WILLIAM A. WADDELL, JR.
ARK BAR ID NO. 84154
FRIDAY, ELDREDGE & CLARK, LLP
400 West Capitol Avenue, Suite 2000
Little Rock, Arkansas 72201
(501) 370-1510
(501) 224-5342 (fax)
waddell@fridayfirm.com

*Attorney for Defendants*


***Janet L. Pulliam, with permission*
*By William A. Waddell, Jr.***
Janet L. Pulliam
Pulliam Law Offices, P.A.
301 Main Street, Suite 202
North Little Rock, AR 72114
janet@janetlpulliamlawoffices.com

Tim Cullen
Cullen & Co., PLLC
P.O. Box 3255
Little Rock, AR 72203
tim@cullenandcompany.com

*Attorneys for Plaintiff*