IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

JEFFREY TAUTH, M.D.                                                                            PLAINTIFF

v.                                       Case No. 4:20-cv-6063

NATIONAL PARK CARDIOLOGY
SERVICES, LLC d/b/a HOT SPRINGS
CARDIOLOGY ASSOCIATES; HOT SPRINGS
NATIONAL PARK HOSPITAL HOLDINGS,
LLC d/b/a NATIONAL PARK MEDICAL
CENTER; and LIFEPOINT HEALTH, INC.
d/b/a LIFE POINT HEALTH                                                                      DEFENDANTS

## ORDER

Before the Court is a Joint Motion and Stipulation of Dismissal with Prejudice. ECF No. 10. The parties move the Court to dismiss this action. Upon consideration, the Court finds that the motion should be and hereby is **GRANTED**. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff's complaint is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 2nd day of July, 2020.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge